IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 05-00155 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JARED PEREIRA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Based on the government's motion filed on March 22, 2006, and for good cause, the charges in the indictment against the above-named defendant are dismissed.

IT IS SO ORDERED.

**Dated:   March 24, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE